UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARELL DEON CHANCELLOR,

        Plaintiff,           Case No.  03-40344

  v.                        District Judge Paul V. Gadola

                                Magistrate Judge R. Steven Whalen
CITY OF DETROIT, et al.,

        Defendant.
_____/

## **ORDER DISMISSING MOTIONS**

Upon receiving correspondence from the moving party stating that all issues have been resolved and the same having been filed with the Court on January 27, 2006, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Defendant's Emergency Motion to Compel Discovery [filed 11/18/05] [document #99] and Defendant's Motion for Protective Order (filed 12/16/05) [document #108] is hereby dismissed without prejudice.

                                    s/R. Steven Whalen
                                    R. STEVEN WHALEN
                                    UNITED STATES MAGISTRATE  JUDGE

Dated:  January 27, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 27, 2006.

s/Gina Wilson
Judicial Assistant

4:03-cv-40344-PVG Doc # 120 Filed 01/27/06 Pg 2 of 2 Pg ID 1452